FILED

08/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0031

FILED

AUG 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,

Deceased.

O R D E R

Representing themselves, the Appellants, Jenny Jing, Alice Carpenter, and Mike Bolenbaugh, move this Court to submit corrections to the three transcripts for this probate matter on appeal. The Appellants point out that they have contacted opposing counsel and that counsel do not object to the motion. M. R. App. P. 16(1). The Appellants explain that the court reporter made errors or mistakes, due to Jenny's accent, when recording and preparing the transcripts. The Appellants offer that, instead of having the court reporter re-hear the audio records, this Court may review the attached Reference A for the corrected words. Therefore, upon good cause and no objection thereto,

IT IS ORDERED that the Appellants' Motion to Submit Corrections to the Transcripts as Reference is GRANTED and the attached Reference A is FILED separately as an addendum to the Transcripts, dated March 7, April 1, and November 29, 2022.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jenny Jing, Alice Carpenter, and Mike Bolenbaugh personally.

DATED this 1st day of August, 2023.

For the Court,

By _____
Chief Justice